UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 12/1/2006

To: United States Court of Appeals      ATTN: (X) CIVIL
     For the Ninth Circuit
     Office of the Clerk      ( ) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103      ( )JUDGE

From: U.S. District Court
     101 12th Ave Room 332
     Fairbanks, AK 99701
     (907) 451-5791

DC No: 4:92-cv-00031-RRB      Appeal No: 05-36064

Short title: USA v 3221 Ester Dome Road

Composition of Record

Clerk's Files in 2 volumes    (X original    ( ) certified copy

     Bulky docs. _____ volumes, docket # _____
         (folders)

Reporter's in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

     in _____ boxes    ( ) under seal

Other: _____

(please note any documents filed under seal)

Acknowledgement: _____      Date: _____
"record.app" [11/21/97]