UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

**FILED**
JAN - 3 2007
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Date: 12/1/2006

To: United States Court of Appeals
    For the Ninth Circuit
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

ATTN: (X) CIVIL

() CRIMINAL

()JUDGE

From: U.S. District Court
      101 12th Ave Room 332
      Fairbanks, AK 99701
      (907) 451-5791

DC No: 4:92-cv-00031-RRB          Appeal No: 05-36064

Short title: USA v 3221 Ester Dome Road

Composition of Record

Clerk's Files in 2 volumes  (X original)  () certified copy

Bulky docs. ___ volumes, docket # _____
                    (folders)

Reporter's in _____ volumes  () original  ()certified copy
Transcripts

Exhibits:  in _____ envelopes  () under seal

           in _____ boxes      () under seal

Other: _____

(please note any documents filed under seal)

Acknowledgement: S. DAVIS            Date: _____
"record.app" [11/21/97]

FILED
DEC 0 5 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS