NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room C-253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JOHN COLLETTE, | ) | Case Nos. 3:00-cv-254-RRB & |
|---|---|---|
| | ) | 4:92-cv-031-RRB |
| Plaintiff, | ) | |
| | ) | **MOTION TO SET STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| DRUG ENFORCEMENT | ) | |
| ADMINISTRATION, UNITED | ) | |
| STATES MARSHALS SERVICE, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW defendant United States of America, by and through counsel, and hereby moves the Court to set a status conference in these cases pursuant to the September 6, 2007 Memorandum of the United States Court of Appeals for the Ninth Circuit (attached hereto), reversing the administrative forfeiture of 16 items of property and remanding for

proceedings consistent with the decision.

DATED this 11th day of October, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room C-253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-6011
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2007, a true and correct copy
of the foregoing MOTION TO SET STATUS CONFERENCE was
served via U.S. Mail on:

JOHN COLLETTE
3221 Ester Dome Road
Fairbanks, Alaska  99709

s/James Barkeley