IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOHN COLLETTE, | ) | Case Nos. 3:00-cv-254-RRB & |
| | ) | 4:92-cv-031-RRB |
| Plaintiff, | ) | |
| | ) | **ORDER SETTING STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE, and UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

     Based upon the September 6, 2007 Memorandum of the United States Court of Appeals for the Ninth Circuit, IT IS HEREBY ORDERED that a status conference will be held on _____.

     DATED:_____

                                            _____
                                            HONORABLE RALPH R. BEISTLINE
                                            United States District Court Judge