```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

JOHN COLLETTE    vs.   DRUG ENFORCEMENT ADMINISTRATION, ET AL.
CASE NO.               3:00-CV-00254-RRB

U.S.A.           vs.   STRUCTURES & LEASEHOLD INTEREST IN REAL
                       PROPERTY AT 3221 ESTER DOME, ET AL.
CASE NO.               4:92-CV-00031-RRB

BEFORE THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:     JOHN COLLETTE, TELEPHONIC
                               JAMES BARKELEY

                DEFENDANT:     JAMES BARKELEY
                               JOHN COLLETTE, TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD 10/24/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:37 a.m. court convened.

Court and counsel heard re case status, forfeiture issues and prior rulings that were dismissed as moot.

Court and counsel heard re 4:92-CV-00031-RRB this case is not an issue at this time.

Court ordered Mr. Barkeley to send a catalog re notice of forfeited items and the values set for these items.

Court ordered Mr. Barkeley to tender a check to Mr. Collette regarding the amount of cash seized as soon as possible.

Court ordered Mr. Collette to file briefing with the court re response to amounts of forfeited items as soon as possible after review of the catalog and regarding prior rulings on motions that were dismissed as moot.

If there is a dispute re value of forfeited items listed in the catalog then the parties to file a briefing on or before **November 7, 2007.**

At 8:55 a.m. court adjourned.


DATE:   October 24, 2007      DEPUTY CLERK'S INITIALS:   CME


Revised 6/18/07