UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee<br><br>JOHN COLLETTE,<br><br>Claimant - Appellant<br><br>v.<br><br>STRUCTURES & LEASEHOLD INTEREST IN REAL PROPERTY AT 3221 EST,<br><br>Defendant | No. 05-36064<br>D.C. No. CV-92-00031-F-RRB<br><br>MANDATE |

RECEIVED
MAY 01 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The judgment of this Court, entered 08/24/2007, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/S/

By: Theresa Benitez
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/28/2008 at 10:29:58 AM PDT and filed on 04/28/2008
**Case Name:** USA v. Collette
**Case Number:** 05-36064
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(JCW, JTN and RAP)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/theresab_0536064_6514575_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/28/2008] [FileNumber=6514575-0]
[0b77089530241f45bd5cd9df95482c06a4d5eec05bc1756bba70940ba4dcba97f94409b8522d2754ca1ace
**Recipients:**

- Brown, William C., Attorney
- Collette, John
- USDC, Fairbanks
- United States Attorney

**Notice will be mailed to:**

Brown, William C., Attorney
DOJ - U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20530-0000

Collette, John
3221 Ester Dome Road
Fairbanks, AK 99709-0000

USDC, Fairbanks
District of Alaska (Fairbanks)
222 W. Seventh Street
Anchorage, AK 99513

United States Attorney
OFFICE OF THE U.S. ATTORNEY

Federal Bldg. & U.S. Courthouse
Rm. 253
222 W. Seventh Avenue, #9
Anchorage, AK 99513-7567

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6514575
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5597779